IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

QUARTEZ THOMAS,                      )
AIS #291355,                         )
                                     )
            Plaintiff,               )
                                     )
    v.                               )          CASE NO. 2:16-CV-426-WHA
                                     )
JESSE M. BETTS, et al.,              )
                                     )
            Defendants.              )

## ORDER

On May 3, 2019, the Magistrate Judge entered a Recommendation (Doc. #49) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

A separate Final Judgment will be entered.

DONE this 19th day of June, 2019.


        /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE